### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 4:24-cr-00001-ALM-AGD** |
| | § | |
| **STEPHANIE LUGO** | § | |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

This report and recommendation addresses a petition for revocation of the defendant's supervised release. Dkt. 2 (sealed).

### PROCEDURAL HISTORY

On April 21, 2022, United States District Judge Ivan L.R. Lemelle sentenced defendant Stephanie Lugo to 27 months of imprisonment followed by three years of supervised release. *USA v. Stephanie Lugo*, No. 2:20-cr-01902-ILL-1 (W.D. Tex.), Dkt. 26. Lugo's term of supervised release commenced on December 2, 2022. Dkt. 2 (sealed). On December 11, 2023, United States District Judge Amos L. Mazzant, III, accepted transfer of supervised release from the Western to the Eastern District of Texas. Dkt. 1.

In January 2024, a probation officer petitioned the court for a warrant, alleging that Lugo had violated six conditions of her supervised release. Dkt. 2 (sealed). Specifically, the petition alleged that Lugo had violated conditions that required her to notify the probation officer within 72 hours if she is arrested or questioned by law enforcement, follow the instructions of her probation officer, participate in a substance abuse treatment program, and participate in a general equivalency diploma program. *Id.* In support of those allegations, the petition asserted that, on November 11, 2023, Lugo was arrested by the Plano Police Department. Dkt. 2 (sealed).

A final revocation hearing was held before me on September 23, 2025. The government moved to dismiss allegations one and two. Minute Entry for September 23, 2025. Lugo pleaded true to the

four remaining allegations. *Id.* She also consented to revocation of her supervised release and waived her right to object to my proposed findings and recommendations. *Id.*; Dkt. 13. The government requested a sentence of nine months of imprisonment followed by 18 months of supervised release, which is within the federal sentencing policy statements; the defendant agreed. After hearing argument from counsel, the court announced what its recommendation would be.

## RECOMMENDATION

In accordance with the Sentencing Reform Act of 1984, and having considered both parties' arguments, the court recommends that: (1) allegations one and two in the petition for revocation of Lugo's supervised release, Dkt. 2 (sealed), be dismissed; (2) Lugo's supervised release be revoked based on allegations three through six in the petition, *id.*; (3) Lugo be committed to the custody of the Bureau of Prisons to be imprisoned for a term of nine months, to run consecutively to any other term of imprisonment, with 18 months of supervised release to follow, all prior conditions imposed; and (4) Lugo be placed at FMC Carswell in Fort Worth, Texas, if appropriate.

So **ORDERED** and **SIGNED** this 30th day of September, 2025.

_____
Bill Davis
United States Magistrate Judge